IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| JOSEPH MICHAEL WILSON, #230202, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CASE NO. 3:04-cv-1157-WKW |
| | ) | (WO) |
| WARDEN GILES, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

**ORDER**

On April 3, 2007, the Magistrate Judge filed a Recommendation (Doc. # 41) in this case. Plaintiff timely filed objections. (Docs. # 43, 44.) Upon an independent and de novo review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is ORDERED that:

1. The Recommendation of the Magistrate Judge (Doc. #41) is ADOPTED; and

2. Plaintiff's Objections (Docs. # 43, 44) are OVERRULED.

An appropriate judgment will be entered.

DONE this the 30th day of April, 2007.

/s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE